**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-81233-ROSENBERG**

NICHOLAS PAGAN,

Plaintiff,

v.

NEXTSTEP SMILES, LLC,

Defendant.
_____________________________________/

**ORDER CLOSING CASE**

This cause is before the Court on the Plaintiff's Stipulation of Dismissal at docket entry 11. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of November, 2024.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record